FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 2 0 2003

LUTHER D. THOMAS, Clerk
By: J. Muggy  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANGELA L. HENLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No. 03-CV-2973 |
| | ) | |
| AUTONATION, INC., | ) | -MHS |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF PLAINTIFF AND DEFENDANT TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Angela L. Henley and Defendant AutoNation, Inc., by counsel, file this joint stipulation pursuant to Fed.R.Civ.P. 6(b) to enlarge the time in which Defendant has to answer or otherwise respond to Plaintiff's Complaint until Friday, October 31, 2003.

This 20th day of October, 2003.

*[Signatures on following page]*

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| */s/ Andrea Doneff by TH with permission* | */s/ signature* |
| Edward D. Buckley | Christine E. Howard |
| Georgia Bar No. 092750 | Georgia Bar No. 370097 |
| Andrea Doneff | Rebecca J. Jakubcin |
| Georgia Bar No. 225640 | Georgia Bar No. 388767 |
| BUCKLEY & KLEIN, LLP | FISHER & PHILLIPS LLP |
| 1180 West Peachtree Street | 1500 Resurgens Plaza |
| Suite 1100, Atlantic Center Plaza | 945 East Paces Ferry Road |
| Atlanta, Georgia 30309 | Atlanta, Georgia 30326 |
| (404) 781-1100 | (404) 231-1400 |