**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
OCT 30 2003
LUTHER D. _____, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| ANGELA L. HENLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action File No. 1:03-CV-2973-MHS |
| | ) |
| AUTONATION, INC., | ) |
| | ) |
| Defendant. | ) |

### SECOND JOINT STIPULATION OF PLAINTIFF AND DEFENDANT TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Angela L. Henley and Defendant AutoNation, Inc., by counsel, file this joint stipulation pursuant to Fed.R.Civ.P. 6(b) to enlarge the time in which Defendant has to answer or otherwise respond to Plaintiff's Complaint until Friday, November 14, 2003. The parties are discussing the possibility of arbitrating this matter and need the additional time to conclude their discussions in that regard.

This 30th day of October, 2003.

*[Signatures on following page]*

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| *Andrea Doneff* (signature) | *Christine* (signature) |
| Edward D. Buckley | Christine E. Howard |
| Georgia Bar No. 092750 | Georgia Bar No. 370097 |
| Andrea Doneff | Rebecca J. Jakubcin |
| Georgia Bar No. 225640 | Georgia Bar No. 388767 |
| BUCKLEY & KLEIN, LLP | FISHER & PHILLIPS LLP |
| 1180 West Peachtree Street | 1500 Resurgens Plaza |
| Suite 1100, Atlantic Center Plaza | 945 East Paces Ferry Road |
| Atlanta, Georgia 30309 | Atlanta, Georgia 30326 |
| (404) 781-1100 | (404) 231-1400 |