

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANGELA L. HENLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File |
| | ) | No. 1:03-CV-2973 MHS |
| AUTONATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION AND MEMORANDUM TO STAY PROCEEDINGS PENDING ARBITRATION

Plaintiff Angela Henley ("Plaintiff") and Defendant AutoNation, Inc. ("Defendant") have a written agreement requiring the parties to submit to arbitration any claim between them arising from Plaintiff's' employment. The claims Plaintiff asserts in this case are covered by the parties' arbitration agreement. Thus, Plaintiff and Defendant, through undersigned counsel, move this Court, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16, to stay the current judicial proceedings until the parties resolve this dispute through arbitration. As a

Atlanta 718406.1

⑧

condition to this joint motion, Defendant has agreed to bear the costs of arbitration;

provided, however, this agreement does not limit Plaintiff's or Defendant's rights to

seek recovery of such costs should they be considered recoverable under the

applicable rules of procedure and/or case law.

## CONCLUSION

For the aforementioned reasons, Plaintiff and Defendant respectfully request

that the Court grant their Joint Motion to Stay Proceedings Pending Arbitration.

Respectfully submitted this 30th day of December 2003.


Edward D. Buckley                     Christine E. Howard
Andrea Doneff                         Georgia Bar No. 370097
BUCKLEY & KLEIN LLP                   Rebecca J. Jakubcin
1180 West Peachtree Street            Georgia Bar No. 388767
Suite 1100, Atlantic Center Plaza     FISHER & PHILLIPS LLP
Atlanta, GA 30309                     1500 Resurgens Plaza
(404) 781-1100                        945 E. Paces Ferry Rd.
                                      Atlanta, GA 30326
                                      (404) 231-1400


Atlanta 718406 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGELA L. HENLEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil Action File |
| | )    No. 1:03-CV-2973 MHS |
| AUTONATION, INC., | ) |
| | ) |
|     Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing JOINT MOTION AND

MEMORANDUM TO STAY PROCEEDINGS PENDING ARBITRATION has

been served on the following individual via U. S. Mail, postage prepaid,  to:

> Edward D. Buckley
> Andrea Doneff
> BUCKLEY & KLEIN LLP
> 1180 West Peachtree Street
> Suite 1100, Atlantic Center Plaza
> Atlanta, Georgia 30309

This _30th_ day of December, 2003.

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 0 5 2004

LU ~ ·· · MAS, Clerk
By: _____
       Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANGELA L. HENLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File |
| | ) | No. 1:03-CV-2973 MHS |
| AUTONATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties having agreed to arbitrate Plaintiff's claims,

By consent of the parties, IT IS HEREBY ORDERED that Plaintiff's claims

be arbitrated according to the terms of the parties' agreement and that Defendant

pay the costs of arbitration subject to either parties' right to recover said costs, and

that these proceedings be stayed pending the outcome of the arbitration.


_____
United States District Judge

Date:_____

Atlanta 718406.1